**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MWAMBA M. RUFFIN, Plaintiff, | ) | |
| v. | ) | Civil Action No. 10-cv-3608 |
| COOK COUNTY, ILLINOIS, THOMAS J. DART, COOK COUNTY SHERIFF (in his official capacity) and ARAMARK CORRECTIONAL SERVICES, LLC, Defendants. | ) | Honorable Judge Gary Feinerman |

**PLAINTIFF'S STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mwamba M. Ruffin, through counsel, hereby stipulates to the dismissal, without prejudice, of this action against Defendants Cook County, Illinois, Thomas J. Dart, Cook County Sheriff and Aramark Correctional Services, LLC.

AS STIPULATED AND AGREED:

Steven E. Feldman
Hartwell P. Morse, III
Wynn S. Vo
**HUSCH BLACKWELL LLP**
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Facsimile: (312) 655-1501

*Attorneys for Plaintiff*
*Mwamba M. Ruffin*

Dated: November 28, 2011

Shandra L. Leary
**COOK COUNTY STATE'S ATTORNEY'S OFFICE**
500 Richard J. Daley Center
Chicago, IL 60602

*Attorney for Defendants*
*Cook County, Illinois and*
*Thomas J. Dart, Cook County Sheriff*

Dated: 11-28-, 2011

Timothy J. Young
Lisa M. Taylor
Ruth E. Goldwater McCoy
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
550 West Adams Street, Suite 300
Chicago, IL 60661-2511
Telephone: (312) 345-1718
Facsimile: (312) 345-1778

*Attorneys for Defendant Aramark Correctional Services, LLC)*

Dated: November 29, 2011